EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 0 2003

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LUIS HENRY MANZO,    (01) ) <br> SAMUEL BENITEZ,      (02) ) <br> ) <br> Defendants. ) <br> _____) | CR. NO. CR 03-00580 HG <br><br> INDICTMENT <br><br> [21 U.S.C. §§ 846; 841(a)(1); <br> 841(b)(1)(A)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

At a date unknown to the Grand Jury, but at least beginning by November 1, 2003 and continuing to November 28, 2003, in the District of Hawaii and elsewhere, LUIS HENRY MANZO and SAMUEL BENITEZ, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand

Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

On or about November 28, 2003, in the District of Hawaii, LUIS HENRY MANZO and SAMUEL BENITEZ, the defendants, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

DATED: December  10 , 2003, at Honolulu, Hawaii.

A TRUE BILL

/S/

---
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

---
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

---
KENNETH M. SORENSON
Assistant U.S. Attorney